590

No. 278. MARSHALL & ILSLEY BANK, TRUSTEE, *v.* IRVING TRUST CO., TRUSTEE IN BANKRUPTCY. October 8, 1934. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Mr. Walter E. Ernst* for petitioner. *Mr. Frederick H. Wood* for respondent.

No. 279. PAYNE GLOVE CO. *v.* BOSS MANUFACTURING CO. October 8, 1934. Petition for writ of certiorari to the Circuit Court of Appeals for the Eighth Circuit denied. *Mr. Karl Kindleberger* for petitioner. *Mr. George A. Cooke* for respondent.

No. 280. SILVER BROWN CO. *v.* SHERIDAN ET AL. October 8, 1934. Petition for writ of certiorari to the Circuit Court of Appeals for the First Circuit denied. *Mr. Arthur B. Marsh* for petitioner. *Mr. John F. Neary* for respondents.

No. 281. CHICAGO TITLE & TRUST CO., TRUSTEE, ET AL. *v.* WELTON ET AL. October 8, 1934. Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit denied. *Messrs. Walter T. Fisher* and *Walter H. Eckert* for petitioners. *Messrs. Silas H. Strawn* and *Ralph M. Shaw* for respondents.

No. 282. UNITED STATES EX REL. LAZO KOLEFF *v.* REYNOLDS, IMMIGRATION INSPECTOR; and

No. 283. UNITED STATES EX REL. BORIS LAZO KOLEFF *v.* SAME. October 8, 1934. Petition for writs of certiorari to the Circuit Court of Appeals for the Seventh Circuit